United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAGEB Y. HUSSAIN,
Plaintiff,
v.
APPLE INC, et al.,
Defendants.

Case No. 26-cv-04041-HSG

**ORDER DISMISSING CASE**

Pro se plaintiff Mageb Y. Hussain filed this action against Defendants Apple Inc., Facebook, TikTok, Meta Platforms, LinkedIn, Craigslist, Instagram, and YouTube. Dkt. No. 1 ("Compl."). The complaint is difficult to follow, but Plaintiff appears to allege that Defendants engaged in "pure defamation," libel, slander, and discrimination based on color, religion, and the content that Plaintiff watched on Defendants' platforms. *Id.* at 3. He further alleges that "LinkedIn failed to promote me or help me find a job," and that "Youtube [sic] failed me" through "manipulations of [its] AI [a]lgorithm." *Id.*

Concurrent with his complaint, Plaintiff filed an application to proceed *in forma pauperis* ("IFP application"). The judge previously assigned to this case denied his application, noting that Plaintiff had filed over 15 lawsuits in the preceding two months that exhibited inconsistencies in his corresponding IFP applications. Dkt. No. 5 at 1–2. The court found Plaintiff's application, which conflicted with his prior applications, to be "inaccurate." *Id.* at 2. The court directed Plaintiff to either file an amended "complete and accurate" IFP application, or to pay the filing fee by June 12, 2026. *Id.* The court warned that failure to do so by the filing deadline would result in reassignment to a district judge "with the recommendation that the case be dismissed without prejudice." *Id.* The case was reassigned to the undersigned judge on May 15, 2026.

Plaintiff did not pay the filing fee or file an amended IFP application by the filing deadline, and has not filed one to date. Although the order denying Plaintiff's IFP application was mailed to Plaintiff via First Class Mail at his address of record, *see* Dkt. No. 5, mailings of subsequent orders have been returned as undeliverable, *see* Dkt. No. 13, and the Court did not receive any written communication indicating Plaintiff's current address within 60 days of mailings being returned as undeliverable. Plaintiff has an obligation to maintain his address on file with the Court. *See* L.R. 3-11. He has not done so, and this alone is a basis to dismiss the complaint. *See* Civil L.R. 3-11(b). Accordingly, for this reason and for the reasons stated in the May 11 order, the Court **DISMISSES** this case without prejudice. The Clerk is directed to enter judgment in favor of Defendant and against Plaintiff, and to close the case.

**IT IS SO ORDERED.**

Dated: 7/31/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California